IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **J4G, LLC** | § | |
| | § | |
| DEBTOR | § | **BANKRUPTCY CASE NO. 25-34347** |

**STATEMENT OF OPERATIONS**

## Profit and Loss
### January 1-June 30, 2025

| Distribution account | Total |
|---|---:|
| **Income** | |
|   Sales of Product Income | 0.00 |
|     Cash / Check Sales | 177,135.05 |
|     Credit Card Sales | 905,050.18 |
|     Grub Hub Sales | 3,403.08 |
|   **Total for Sales of Product Income** | **$1,085,588.31** |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | 0.00 |
|     Equipment Rental | 3,833.21 |
|     Subcontractor Fees | 1,771.00 |
|     Supplies and Materials | 277,461.47 |
|   **Total for Cost of Goods Sold** | **$283,065.68** |
| **Total for Cost of Goods Sold** | **$283,065.68** |
| **Gross Profit** | **$802,522.63** |
| **Expenses** | |
|   Advertising and Promotion | 11,831.74 |
|   Automobile Expense | 1,796.41 |
|   Bank Service Charges & Fees | 966.45 |
|   Continuing Education | 5,687.20 |
|   Dues & Subscriptions | 4,687.35 |
|   Equipment Expense | 125.00 |
|   Equipment Fuel | 14,607.78 |
|   Insurance Expense | 16,230.00 |
|   Interest Expense | 1,599.30 |
|   Janitorial & Cleaning | 1,513.12 |
|   Legal, Professional, Accounting | 38,085.22 |
|   Meals and Entertainment | 10,909.88 |
|   Office Supplies & Software | 883.58 |
|   Payroll Expenses Current | 203,142.70 |
|     Other Payroll Expenses | 27,051.06 |
|   Rent Expense | 41,986.26 |
|   Repairs and Maintenance | 22,453.21 |
|   Safety & Security | 3,641.29 |
|   Taxes | 64,924.78 |
|   Travel Expense | 382.94 |
|   Other Operating Expenses | 205,406.02 |
|   Uniforms | 653.41 |
|   Utilities | 47,545.35 |
| **Total for Expenses** | **$726,110.05** |
| **Net Operating Income** | **$76,412.58** |
| **Other Income** | |
|   Income from Sale of Asset | 107,000.00 |
|   Other Non-Taxable Income | 853.09 |
| **Total for Other Income** | **$107,853.09** |
| **Other Expenses** | |
| **Net Other Income** | **$107,853.09** |
| **Net Income** | **$184,265.67** |